■ In the Matter of DAVID HALL, Respondent, v MADISON-ONEIDA COUNTY BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Also Known as MADISON-ONEIDA COUNTY BOCES, Appellant. (Appeal No. 2.) [885 NYS2d 704]—Appeal from an amended order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 1, 2008. The amended order granted claimant's application for leave to serve a late notice of claim.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Moody v Sorokina*, 56 AD3d 1246, 1247 [2008]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.